NELS· JOHNSON *et al.*

*v.*

THE CITY OF CHICAGO.\*

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Kuester* v. *City of Chicago*, (*ante*, p. 21.)

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

IVES, MASON & WYMAN, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and DENIS E. SULLIVAN, for defendant in error.

Per CURIAM:  Upon the authority of *Kuester* v. *City of Chicago*, (*ante*, p. 21,) the judgment in the above entitled case and those in the three cases decided with it will be reversed and the causes will be remanded to the county court of Cook county for further proceedings in conformity with the views expressed in the above entitled cause.

*Reversed and remanded.*

---

\*With this case are decided No. 930, *Sweet* v. *City of Chicago;* No. 895, *Libby* v. *Same;* and No. 947, *Baker* v. *Same.*